UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHAKA GRAYSON,

    Plaintiff,

v.

COUNTY OF MARIN, et al.,

    Defendants.

Case No. 14-cv-05225-JST

**SCHEDULING ORDER**

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Deadline** |
|---|---|
| Deadline to add parties or amend the pleadings | 07/17/15 |
| Fact discovery cut-off | 03/18/16 |
| Expert disclosures | 04/08/16 |
| Expert rebuttal | 04/29/16 |
| Expert discovery cut-off | 05/13/16 |
| Deadline to file dispositive motions | 06/03/16 |
| Pretrial conference statement due | 08/16/16 |
| Pretrial conference | 8/26/16 at 2:00 p.m. |
| Trial | 9/19/16 at 8:30 a.m. |
| Estimate of trial length (in days) | Ten |

1  The Court refers this case to Magistrate Judge Laurel Beeler for a settlement conference.
2  This conference shall be completed by August 14, 2015.

3  Counsel may not modify these dates without leave of court. The parties shall comply with
4  the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

5  The parties must take all necessary steps to conduct discovery, compel discovery, hire
6  counsel, retain experts, and manage their calendars so that they can complete discovery in a timely
7  manner and appear at trial on the noticed and scheduled dates. All counsel must arrange their
8  calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

9  Trial dates set by this Court should be regarded as firm. Requests for continuance are
10 disfavored. The Court will not consider any event subsequently scheduled by a party, party-
11 controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant
12 a continuance. The Court will not consider the pendency of settlement discussions as good cause
13 to grant a continuance.

14 IT IS SO ORDERED.

Dated: March 12, 2015

_____
JON S. TIGAR
United States District Judge