| | |
|---|---|
| 1 | STEVEN M. WOODSIDE, COUNTY COUNSEL |
| | Renee Giacomini Brewer, SBN 173012 |
| 2 | Kerry L. Gerchow, SBN 209623 |
| | 3501 Civic Center Drive, Room 275 |
| 3 | San Rafael, CA 94903 |
| | Tel.: (415) 473-6117, Fax: (415) 473-3796 |
| 4 | rbrewer@marincounty.org |
| | kgerchow@marincounty.org |
| 5 | |
| | Attorney(s) for the Defendants County of Marin |
| 6 | and Robert Doyle |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHAKA GRAYSON, | Case No.: CV-14-5225 JST |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE DEADLINE |
| v. | |
| COUNTY OF MARIN, a municipal corporation; ROBERT DOYLE, individually; EVAN KUBOTA, individually and in his official capacity as a deputy sheriff for the COUNTY OF MARIN, Does 1-25, | |
| Defendants | |

STIPULATION

IT IS HEREBY STIPULATED, by and between the parties hereto, by and through their attorneys of record, as follows:

WHEREAS, a settlement conference is currently set for August 4, 2015, at 10:00 am, before United States Magistrate Judge Laurel Beeler, located on the 15th Floor, Courtroom C, Federal Building, 450 Golden Gate Avenue, San Francisco, CA, 94102, in the above matter;

WHEREAS, counsel for Defendants County of Marin and Robert Doyle have a conflict and are unavailable on that date;

WHEREAS, the parties are ordered to complete the settlement conference by August 14, 2015;

///

1

1  WHEREAS, the parties desire to extend the settlement conference deadline to be completed by
2  September 30, 2015;
3  WHEREAS, the parties mutually agree upon the proposed dates of September 8, 2015, or
4  September 9, 2015, to attend the settlement conference;
5  WHEREFORE, IT IS HEREBY STIPULATED that the settlement conference currently set for
6  August 4, 2015, shall be continued to _____ at 10:00 a.m. and that the deadline to complete
7  the settlement conference is hereby extended to September 30, 2015.

DATED: March 27, 2015        RENEE GIACOMINI BREWER
                             SUPERVISING DEPUTY COUNTY COUNSEL

                             By:_____/s/_____
                                Renee Giacomini Brewer
                                Attorney for Defendant County of Marin

DATED: March 27, 2015        BERRY WILKINSON LAW GROUP

                             By:_____/s/_____
                                Alison Berry Wilkinson
                                Attorneys for Defendant Kubota

DATED: March 27, 2015        LAW OFFICE OF JOHN L. BURRIS

                             By: _____/s/_____
                                 Ben Nisenbaum, Esq.
                                 Attorney for Plaintiff

## ORDER

IT IS SO ORDERED.  The August 4, 2015 settlement conference date is vacated and the deadline to complete the settlement conference is hereby extended to September 30, 2015.  The settlement conference will be held on September 9, 2015 at 10:00 a.m.

DATED: ~~March 27, 2015~~
       April 6, 2015

_____
Honorable Jon S. Tigar
United States District Judge

2