UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHAKA GRAYSON,

    Plaintiff,

v.

COUNTY OF MARIN, et al.,

    Defendants.

Case No. 14-cv-05225-JST

**ORDER TO SHOW CAUSE**

Re: ECF Nos. 59, 60

The Court has received the County of Marin's Notice of Settlement, ECF No. 59, filed on December 22, 2015.  The Court notes the Notice of Lien, ECF No. 58, filed on December 18, 2015, and further notes Plaintiff Grayson's Notice of Satisfaction of Lien, ECF No. 62, filed on January 12, 2016.

In light of these filings, the parties are Ordered to Show Cause why the case should not be dismissed without prejudice.  A hearing on this order is hereby scheduled for March 23, 2016 at 2:00 p.m.  No written response to this order is required.  If no party appears at the March 23 hearing, the case will be dismissed.

IT IS SO ORDERED.

Dated: January 26, 2016

_____
JON S. TIGAR
United States District Judge