UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAKA GRAYSON,<br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF MARIN, et al.,<br>        Defendants. | Case No. 14-cv-05225-JST<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Re: ECF Nos. 64, 66 |

Before the Court is a Notice of Dismissal, with prejudice, filed by Plaintiff Chaka Grayson on January 27, 2016, ECF No. 64, and an Acknowledgment of Satisfaction of Judgment filed by the Marin County Department of Child Support Services ("DCSS") on February 22, 2016, ECF No. 66. The County of Marin also filed a Notice of Settlement, on December 22, 2015. ECF No. 59.

In light of the Notice of Lien filed by the DCSS, ECF No. 58, the Court noted that Plaintiff's Notice of Dismissal alone was ineffective. See ECF No. 65. Cal. Code of Civ. Proc. § 708.440(a) provides, as relevant here, that "unless the judgment creditor's money judgment is first satisfied or the lien is released, . . . no compromise, dismissal, settlement, or satisfaction of the pending action or special proceeding or the judgment procured therein may be entered into by or on behalf of the judgment debtor, without the written consent of the judgment creditor or authorization by order of the court."

The DCSS has now acknowledged that the money judgment has been satisfied. ECF No. 66. Accordingly, in light of the Notice of Dismissal and Notice of Settlement, and pursuant to Fed. R. Civ. P. 41(a), the Court dismisses this case with prejudice. The Clerk shall close the file. All pending hearings and deadlines are hereby vacated.

//

1   IT IS SO ORDERED.

2   Dated: February 26, 2016

_____
JON S. TIGAR
United States District Judge